Eastern District of Kentucky
**F I L E D**

JAN - 8 2016

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

**UNITED STATES OF AMERICA**

**V.**                                    **INDICTMENT NO.** 5:16-CR 3-DCR

**JAMES MATTHEW SHELTON**

\*      \*      \*      \*      \*

**THE GRAND JURY CHARGES:**

## COUNT 1
### 18 U.S.C. § 2251(a)

Beginning on or about July 1, 2014, and continuing through on or about August 23, 2014, in Boyle County, in the Eastern District of Kentucky, and elsewhere,

### JAMES MATTHEW SHELTON

employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, knowing and having reason to know that such visual depictions would be transmitted using a means or facility of interstate commerce, all in violation of 18 U.S.C. § 2251(a).

## COUNT 2
### 18 U.S.C. §2422(b)

Beginning on or about July 1, 2014, and continuing through on or about August 23, 2014, in Boyle County, in the Eastern District of Kentucky, and elsewhere,

**JAMES MATTHEW SHELTON**

did use a facility and means of interstate or foreign commerce, that is, the internet, through the use of his cellular telephone, to knowingly persuade, induce, entice, and coerce, and did attempt to do so, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, all in violation of 18 U.S.C. § 2422(b).

## COUNT 3
### 18 U.S.C. § 2252(a)(2)

On or about August 24, 2014, in Boyle County, in the Eastern District of Kentucky, and elsewhere,

**JAMES MATTHEW SHELTON**

did knowingly distribute visual depictions using a means and facility of interstate and foreign commerce, that is, by computer over the internet, and the production of said visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 2253
### 18 U.S.C. § 2428
### 28 U.S.C. § 2461

By virtue of the commission of the offenses alleged in this Indictment, any and all interest **JAMES MATTHEW SHELTON** has in the following property:

### COMPUTER AND ASSOCIATED EQUIPMENT:

1. Samsung Galaxy cellular phone, Centura Model SCH-S738C, MAC address 24:C6:96:1F:A6:1D

2.  All software and peripherals which are contained on or associated with the listed computer (includes cellular phone),

is vested in the United States and hereby forfeited to the United States pursuant to

18 U.S.C. §§ 2253 and 2428 and 28 U.S.C. § 2461.

**A TRUE BILL**


_____
**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

## **PENALTIES**

**COUNT 1:**      Not less than 15 years nor more than 30 years imprisonment, $250,000 fine, and not less than 5 years to life supervised release.

**COUNT 2:**      Not less than 10 years nor more than life imprisonment, $250,000 fine, and not less than 5 years to life supervised release.

**COUNT 3:**      Not less than 5 years nor more than 20 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**PLUS:**          Forfeiture of all listed property.

**PLUS:**          Mandatory special assessment of $100 per count.

**PLUS:**          Restitution, if applicable.