Case No. 17-5090

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JAMES MATTHEW SHELTON

    Defendant - Appellant.

  Upon consideration of the motion of R. Michael Murphy to withdraw as counsel for the appellant,

  It is **ORDERED** that the motion be, and it hereby is, **GRANTED**.  This court will appoint new counsel to represent the appellant under the Criminal Justice Act.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  February 03, 2017