# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 03, 2017

Mr. R. Michael Murphy
Law Office
709 Millpond Road
Lexington, KY 40514

Re: Case No. 17-5090, *USA v. James Shelton*
    Originating Case No. : 5:16-cr-00003-1

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Karen S. Fultz for Bryant Crutcher
Case Manager
Direct Dial No. 513-564-7013

cc: Mr. Robert R. Carr
    Mr. David A. Marye
    Mr. Charles P. Wisdom, Jr.

Enclosure