```
                                                                    1


 1                       UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF KENTUCKY
 2                       CENTRAL DIVISION AT LEXINGTON

 3
      UNITED STATES OF AMERICA,        :    Docket No. CR 16-3
 4                                     :
                         Plaintiff,    :    Lexington, Kentucky
 5                                     :    Monday, June 27, 2016
                versus                 :    2:00 p.m.
 6                                     :
      JAMES MATTHEW SHELTON,           :
 7                                     :
                         Defendant.    :
 8
                                    - - -
 9
                   TRANSCRIPT OF COMPETENCY HEARING
10                      BEFORE DANNY C. REEVES,
                 UNITED STATES DISTRICT COURT JUDGE
11
                                    - - -
12
      APPEARANCES:
13
      For the United States:      DAVID A. MARYE, ESQ.
14                                U.S. Attorney's Office
                                  260 West Vine Street
15                                Suite 300
                                  Lexington, KY 40507-1612
16

17    For the Defendant:          ROBERT MICHAEL MURPHY, ESQ.
                                  Law Office of R. Michael Murphy
18                                709 Millpond Road
                                  Lexington, KY 40514
19

20    Court Reporter:             JOAN LAMPKE AVERDICK, RMR-CRR
                                  Official Court Reporter
21                                35 W. Fifth Street
                                  Covington, KY 41011
22

23

24
           Proceedings recorded by mechanical stenography,
25    transcribed via computer-aided transcription.
```

1               (Proceedings commenced at 2:00 p.m.)

2               THE COURT:  Thank you.  Madam Clerk, if you could

3     call the matter scheduled for 2:00, please.

4               DEPUTY CLERK:  Lexington criminal 16-3, United States

5     versus James Matthew Shelton.

6               THE COURT:  Thank you.  If counsel could state their

7     appearances, please.  Mr. Marye?

8               MR. MARYE:  Yes, Your Honor.  David Marye on behalf

9     of the United States.  Good afternoon.

10              THE COURT:  Thank you.

11              MR. MURPHY:  Good afternoon, Your Honor.  Michael

12    Murphy on behalf of James Shelton.

13              THE COURT:  And this is Mr. Shelton who's at counsel

14    table.  Thank you.

15         This matter is scheduled for hearing today on the

16    competency issue, the defendant having moved for competency

17    evaluation at the outset of the case.

18         I have received the report from the Bureau of Prisons

19    dated -- it was mailed on the 21st, and I have scheduled the

20    matter for hearing today.  The report addresses separately

21    issues of competency as well as sanity.

22         Are the parties ready to proceed, Mr. Marye?

23              MR. MARYE:  Yes, Your Honor.

24              THE COURT:  Mr. Murphy?

25              MR. MURPHY:  We are, Your Honor.

1         THE COURT: All right. The United States has the
2    burden of proof.
3         MR. MARYE: Yes, Your Honor. If I may, I had spoken
4    with Mr. Murphy last week, and he indicated that he was
5    willing to stipulate to the report as opposed to requiring
6    Dr. Campbell to come to Court today. So if I may, I would ask
7    that I tender to the Court and introduce Government Exhibits A
8    and B. A would be the competency portion, and B would be the
9    sanity report. As she broke it out, they are two different
10   reports.
11        THE COURT: Any objection?
12        MR. MURPHY: No. That's our agreement, Your Honor.
13        THE COURT: All right. Exhibits A and B will be
14   admitted for the purposes of this hearing. The Court could
15   take that information into account in making determinations as
16   to competency and would appear to meet the government's burden
17   to establish the competency.
18      Mr. Murphy, how would you like to proceed?
19        MR. MURPHY: Just on the submission of the report,
20   Your Honor. Because I was out of the state last week when I
21   received the report, I didn't get a copy of the report to my
22   client until today. But I came well ahead of Court to give my
23   client plenty of time to read the report himself and gave us
24   the opportunity to discuss the report, so he understands it.
25       That's how this procedure is going to play out today, is

1     basically, we'll submit it to the report. And I suspect based
2     on what I've seen in the report, the Court will determine that
3     he is competent. Obviously, we're not in a position to have
4     any claim for insanity at the time of the alleged offense.
5     But he's willing to allow the Court to make that finding just
6     on the submission of the report. We have nothing to refute
7     any of the information contained in there
8              THE COURT: All right. I have reviewed, of course,
9     the report that was submitted to me at the time it was filed.
10    It does establish competency of the defendant under the
11    standard set forth in *United States v. Dusky*, that he is
12    competent and able to proceed and understand the nature of the
13    proceedings.
14         The report will be filed in the record under seal, both
15    the competency report as well as the report on sanity, which
16    is a separate report. And Madam Clerk, those will be admitted
17    for purposes of this hearing, but they will be filed in the
18    record under seal.
19         The Court having determined competency, we need to, I
20    believe, set a trial date in this case. According to my
21    calculations, the time has already run, which I believe is
22    about 14 days from the time the defendant first appeared until
23    the motion for a competency evaluation was filed. That would
24    give us a deadline for setting a trial date in the case of
25    August 23rd. So I would suggest that the matter be scheduled

1    the prior week, in case we run into any difficulties.

2        We'll set the matter for trial on Tuesday, August 16th,
3    here in Lexington, with a pretrial conference being scheduled
4    in the case for Monday, August 8th, at 4:30 in the afternoon.
5    That's a full day so that's the first time I have available on
6    the 8th for a pretrial conference.

7        I'm not going to give you a date for any motions,
8    defensive motions, before the magistrate judge, but I'll
9    advise him of those two dates, and then he can set a separate
10   date for any motions that might need to be taken up.

11           MR. MURPHY: Will your standard practice of having
12   the motion for rearraignment, if that's where this case goes,
13   have that two days before the pretrial?

14           THE COURT: Yes, sir, before that August 8th. That's
15   a Monday, so it would be two business days. It would be the
16   Thursday before, which would be --

17           MR. MURPHY: Thursday, the 4th?

18           THE COURT: Yes, 4th of August. And again, I'll have
19   the magistrate judge set a separate date. He's in a hearing
20   now. I didn't have a chance to confer with him about
21   defensive motions that might be necessary in the case.

22       Mr. Marye, any other issues that you're aware of?

23           MR. MARYE: May it please the Court. I have a trial
24   beginning August the 15th that I think would only be two days.
25   It's an Ashland docket case. And I have another case on the

1  16th, but I feel fairly certain that one will plead guilty, in
2  the Frankfort docket.  Would the Court be willing to move our
3  trial just one day to the 17th?  I think, if this case goes to
4  trial, three days will suffice, and I think we could probably
5  get it done in two, not knowing what the extent Mr. Murphy
6  would have in terms of defense.
7     I think the one on the 15th is a very possible plea,
8  quite frankly, Judge, but not there yet, so I thought I'd ask
9  while we're here today if that creates any problems for either
10 the Court or Mr. Murphy.  And if you want me to wait for a
11 while and see what happens with those others and then let you
12 know, that's fine too.
13         THE COURT:  Mr. Murphy, how does that look for you if
14 we bump this back a day?
15         MR. MURPHY:  I think that will be fine, Your Honor.
16         THE COURT:  All right.  We'll just move the start
17 time to the 17th rather than the 16th.
18         MR. MARYE:  Thank you very much, Your Honor.  Thank
19 you, Mr. Murphy.
20         THE COURT:  We'll use the same pretrial conference
21 date.
22    Mr. Marye, any other issues we need to take up that
23 you're aware of?
24         MR. MARYE:  No.  Thank you, Judge, very much.
25         THE COURT:  Mr. Murphy, can you think of anything

1  else we need to address?

2      MR. MURPHY: Not at this time, Your Honor. Thank
3  you.

4      THE COURT: I'll provide these exhibits to the clerk.
5  And again, you'll have a separate order from the magistrate
6  judge on a deadline for defensive motions. Thank you. We'll
7  be in recess until 2:30 this afternoon.

8      (Proceedings concluded at 2:10 p.m.)

9                              - - -

10                        C E R T I F I C A T E

11      I, JOAN LAMPKE AVERDICK, RMR-CRR, certify that
the foregoing is a correct transcript from the audio recording
12  of proceedings in the above-entitled case.

13  \s\ Joan Lampke Averdick            March 8, 2017
    JOAN LAMPKE AVERDICK, RMR-CRR       Date of Certification
14  Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25