# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 17-5090

_____

Filed: November 28, 2017

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JAMES MATTHEW SHELTON

      Defendant - Appellant.

## MANDATE

  Pursuant to the court's disposition that was filed 11/01/2017 the mandate for this case hereby issues today.

COSTS:  None