# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: November 28, 2017

Mr. Robert R. Carr
Eastern District of Kentucky at Lexington
101 Barr Street
Lexington, KY 40507

Re: Case No. 17-5090, *USA v. James Shelton*
 Originating Case No. : 5:16-cr-00003-1

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Bryant L. Crutcher
Case Manager
Direct Dial No. 513-564-7013

cc: Ms. Amy Lee Copeland
 Mr. John Patrick Grant
 Mr. David A. Marye
 Mr. Charles P. Wisdom Jr.

Enclosure