AO 243 (Rev. 01/15)                                                                                                           Page 2

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | Eastern (Lexington) |
|---|---|---|
| Name (under which you were convicted): James Matthew Shelton | | Docket or Case No.: 5:16-CR-3-DCR-REW-1 |
| Place of Confinement: F.C.C Butner Low | Prisoner No.: 32700-057 | |
| UNITED STATES OF AMERICA  v. | Movant (include name under which convicted) JAMES MATTHEW SHELTON | |

Eastern District of Kentucky
FILED
JUL 24 2018
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**MOTION**

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   U.S. District Court Eastern District of Kentucky (Lexington)

   (b) Criminal docket or case number (if you know): 5:16-CR-3-DCR-REW-1

2. (a) Date of the judgment of conviction (if you know): January 10, 2017
   (b) Date of sentencing: January 10, 2017

3. Length of sentence: 262 Months; Lifetime Supervised Release

4. Nature of crime (all counts):

   Using a means and facility of interstate commerce to knowingly persuade, induce, entice, and coerce an individual under 18 to engage in sexual activity in violation of 18 U.S.C. 2422(b)

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?   Yes ☒   No ☐

AO 243 (Rev. 01/15) Page 3

9. If you did appeal, answer the following:
   (a) Name of court: 6Th Circuit Court of Appeals
   (b) Docket or case number (if you know): 17-5090
   (c) Result: Affirmed
   (d) Date of result (if you know): November 1, 2017
   (e) Citation to the case (if you know): _____
   (f) Grounds raised:

   Did the district court commit reversible error at sentencing when it failed to address Shelton personally in order to permit him to speak or present any information to mitigate his sentence, as required by Fed. R. Crim. P. 32(i)(4).

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes [ ]   No [x]
   If "Yes," answer the following:
   (1) Docket or case number (if you know): _____
   (2) Result: _____

   (3) Date of result (if you know): _____
   (4) Citation to the case (if you know): _____
   (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes [ ]   No [x]

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____
        (4) Nature of the proceeding: _____
        (5) Grounds raised:

AO 243 (Rev. 01/15)                                                                                                              Page 4

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐   No ☐
    (7) Result: _____
    (8) Date of result (if you know): _____
(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court: _____
    (2) Docket of case number (if you know): _____
    (3) Date of filing (if you know): _____
    (4) Nature of the proceeding: _____
    (5) Grounds raised:




    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐   No ☐
    (7) Result: _____
    (8) Date of result (if you know): _____
(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition:    Yes ☐   No ☐
    (2) Second petition:   Yes ☐   No ☐
(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:




12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

AO 243 (Rev. 01/15)                                                                                          Page 5

**GROUND ONE:** Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel, moving for a competency evaluation at the outset took inadequate consideration as to whether Petitioners condition genuinely warranted such, doing so without conferring with client and misadvising him furthermore, after the fact, as to the evaluation being for sentence mitigation purposes - Neglecting to take precautions against exposure of potential incriminating or otherwise detrimental findings violating Petitioners 5th Amendment Right against self-incrimination and 6th Amendment Right to cross-examine witnesses and present rebuttal witnesses due to counsels stipulating to the report - Subjecting it to no adversarial testing whereupon said report was heavily relied upon by the court in determination of the sentence ultimately imposed.

(b) **Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐   No ☒
   (2) If you did not raise this issue in your direct appeal, explain why:
       Record Insufficiently Developed

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐   No ☒
   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed:
   _____
   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available):
   _____

   (3) Did you receive a hearing on your motion, petition, or application?
       Yes ☐   No ☐
   (4) Did you appeal from the denial of your motion, petition, or application?
       Yes ☐   No ☐
   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
       Yes ☐   No ☐

AO 243 (Rev. 01/15)  Page 6

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Following pronouncement of Petitioners sentence of 262 months imprisonment with a lifetime term of supervised release - Counsel failed to object to denial of the downward variance and subsequent top of guideline sentence imposed when presented the opportunity - The failure of which to properly preserve issues precluding Petitioner from raising them on Direct Appeal in violation, essentially, of Petitioners Right to Appeal.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐    No ☒

(2) If you did not raise this issue in your direct appeal, explain why:
Procedurally Defaulted

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐    No ☒

AO 243 (Rev. 01/15) Page 7

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:** Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
```
During the course of pretrial proceedings the following
errors made in part of counsel rendered Petitioners
guilty plea not knowingly, intelligently, or voluntarily
entered into; 1.) Counsel neglected to inform defendant
of the realistic possibility of indefinite civil
commitment upon release as a collateral consequence
of the particular crime pled to.
```

AO 243 (Rev. 01/15) Page 8

2.) Having previously conferred with Petitioner in regards to the Pre-Sentencing Report, however, at a later time upon the Probation Office's appending of additional points counsel neglected to adequately advise client of the grounds/nature of said increase. 3.) Discussing plea options, Counsel misadvised client as to the guideline range he would be subject to upon entering in to the plea.

**(b) Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why:
Record Insufficiently Developed

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐  No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** Ineffective Assistance of Appellate Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Subsequent to a timely filed notice of appeal Petitioner was appointed 'fresh eyes' for appellate counsel - raising in the Direct Appeal brief a single issue: "Did the district court commit reversible error at sentencing when it failed to address Shelton personally in order to permit him to speak or present any information to mitigate his sentence, as required by F. R. Crim. P.32(i)(4)" overlooking other clear, non-frivolous, and stronger issues - The outcome of the lone issue briefed, moreover, all but assuredly guaranteed not to prevail in the face of pre-existing case law depriving Petitioner of an appeal with any reasonable chance to prevail in violation of his Right to Appeal.

(b) **Direct Appeal of Ground Four:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?
     Yes ☐   No ☒

  (2) If you did not raise this issue in your direct appeal, explain why:

     Appellate counsel precluded from raising issue against self

(c) **Post-Conviction Proceedings:**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?
     Yes ☐   No ☒

  (2) If you answer to Question (c)(1) is "Yes," state:

  Type of motion or petition:

  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know):

  Date of the court's decision:

  Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?  Yes ☐  No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 243 (Rev. 01/15)            Page 11

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

    (a) At the preliminary hearing:

    _____

    (b) At the arraignment and plea:
    Robert M. Murphy 709 Millpond Rd. Lexington, KY 40514

    (c) At the trial:

    _____

    (d) At sentencing:
    Robert M. Murphy 709 Millpond Rd. Lexington, KY 40514

    (e) On appeal:
    Amy L. Copeland P.O. Box 23358 Savannah, GA 31403

    (f) In any post-conviction proceeding:

    _____

    (g) On appeal from any ruling against you in a post-conviction proceeding:

    _____

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    _____

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

AO 243 (Rev. 01/15)                                                                                                         Page 12

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15) Page 13

Therefore, movant asks that the Court grant the following relief:
Vacate and Remand for re-sentencing

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on ___7/20/18___ .
(month, date, year)

Executed (signed) on ___July 20th, 2018___ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Additional Grounds To The Instant Motion To Vacate, Set Aside, Or Correct A Sentence By A Person In Federal Custody

GROUND __FIVE__: Cumulative Error

(a) **Supporting facts** (Do not argue or cite law. Just state the specific facts that support your claim.):

Inclusive of the hitherto presented grounds and facts in support, the following additional errors relating to deficient conduct of counsel collectively contributed to rendering the proceedings of the entire case unfair: 1.) At sentencing, counsel acted essentially as a mere spectator save for a 'comment' concerning one condition of Petitioners supervised release. 2.) Presenting scant mitigating evidence at sentencing, all taken into account, resulting, bizzarely, in the prosecution presenting more favorable arguments than defense counsel.

(b) **Direct Appeal of Ground** _____:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ___ No _X_

(2) If you did not raise this issue in your direct appeal, explain why:

Record Insufficiently Developed

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ___ No _X_

(2) If your answer to Question (c)(1) is "Yes," state: