# EXHIBITS

NUMBER ONE

LETTER FROM APPELLATE COUNSEL

AMY L. COPELAND

DATED
MAY 8, 2017



# rouse copeland
### ATTORNEYS

24 Drayton Street, Suite 700
P.O. Box 23358
Savannah, Georgia 31403

912.544.0910
912.335.3440 (fax)
www.roco.pro

May 8, 2017

James Shelton Register No. 32700-057
FCI Butner Low
Federal Correctional Institution
PO Box 999
Butner, NC 27509

   Re:  *United States of America v. James Shelton*

Dear Mr. Shelton:

  I enclose the brief that I filed today on your behalf.

  As we talked about, it is very difficult to appeal a sentence in the guidelines range where there were no objections to the Presentence Investigation Report, as in your case. In reading the transcript, the judge did not address you personally and ask you if you would like to tell him anything before he sentenced you. There is a federal rule and a Supreme Court case that require him to do so to preserve what the cases call your right of allocution.

  The government's response is due in 30 days. (I imagine that it will argue that you had an opportunity to address the judge because your attorney asked you if you wanted to say something, and you did.) When I have its response, I will send you a copy, and I will file our own reply brief.

  Please let me know if you have any questions.

            Very truly yours,

            Amy Lee Copeland