# EXHIBITS

## NUMBER TWO

### LETTER FROM APPELLATE COUNSEL

### AMY L. COPELAND

### DATED
### JULY 11, 2017

**rouse + copeland**
ATTORNEYS

24 Drayton Street, Suite 700
P.O. Box 23358
Savannah, Georgia 31403

912.544.0910
912.335.3440 (fax)
www.roco.pro

July 11, 2017

James Shelton Register No. 32700-057
FCI Butner Low
Federal Correctional Institution
PO Box 999
Butner, NC 27509

       Re:      *United States of America v. James Shelton*

Dear Mr. Shelton:

    I enclose for your information a copy of the government's brief. As predicted, it argues that by addressing your attorney, the court gave you the right to speak at sentencing. I will file a response, which is due in 14 days, and send you a copy. If you have any questions, please let me know.

                            Very truly yours,

                            Amy Lee Copeland

ALC/bs