UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> ) <br> Plaintiff/Respondent,  ) <br> ) <br> V.  ) <br> ) <br> JAMES MATTHEW SHELTON,  ) <br> ) <br> Defendant/Movant.  ) | Criminal Action No. 5: 16-03-DCR <br> and <br> Civil Action No. 5: 18-464-DCR <br><br><br> **JUDGMENT** |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff/Respondent United States with respect to all issues raised by Defendant/Movant James Matthew Shelton in this proceeding under 28 U.S.C. § 2255.

2. The defendant/movant's collateral proceeding filed under 28 U.S.C. § 2255 is **DISMISSED** and **STRIKEN** from the Court's docket.

3. A Certificate of Appealability will not issue.

5. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: December 10, 2018.



Signed By:
*Danny C. Reeves*
United States District Judge